## LEE HOWE v. STATE.

No. A-6971. Opinion Filed September 21, 1929.
(280 Pac. 1116.)

Scott Ferris and King & Crawford, for plaintiff in error.

Edwin Dabney, Atty. Gen., for the State.

PER CURIAM. The plaintiff in error was convicted of driving an automobile while drunk, and was sentenced to serve a term of 10 months in the state penitentiary. No briefs have been filed by plaintiff in error. An examination of the record discloses no jurisdictional nor fundamental error.

The case is affirmed.